

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CHRISTINE NICKELSON, | § § § | |
| Plaintiff, | § § | |
| VS. | § | NO. 4:10-CV-030-A |
| CREDIT COLLECTION SERVICES, INC., | § § § § | |
| Defendant. | § | |

O R D E R

On January 18, 2010, plaintiff, Christine Nickelson, filed her complaint in the above-captioned action using the Electronic Case Filing system. On the following day, plaintiff received a copy of this court's standing order, advising her that the undersigned does not accept electronically filed documents and directing her to file, within three business days, the original and one copy of her complaint in paper form. Not having received any paper copies, the court, on February 1, 2010, ordered plaintiff not only to comply with the standing order, but also to file either a written designation of local counsel or a motion for leave to proceed without local counsel. The order gave plaintiff until February 8, 2010, to comply and cautioned that failure to comply would subject plaintiff to sanctions, including dismissal of the action without further notice. As of the date this order is signed, plaintiff has not complied with any of the

court's directives.[1]  The court concludes that no lesser sanction than dismissal is warranted for plaintiff's failure to comply. Therefore,

The court ORDERS that all claims and causes of action brought by plaintiff, Christine Nickelson, against defendant, Credit Collection Services, Inc., in the above-captioned action be, and are hereby, dismissed with prejudice.

SIGNED February 9, 2010.

_____
JOHN McBRYDE
United States District Judge

---

[1] Plaintiff's failure to comply is especially egregious given that she received similar warnings in Case No. 4:10-CV-029, filed on the same day as the instant action and also pending before the undersigned.

2