IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CHRISTINE NICKELSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:10-CV-030-A |
| | § | |
| CREDIT COLLECTION SERVICES, INC., | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Consistent with the order signed on the date this final judgment is signed,

The court ORDERS that all claims and causes of action brought by plaintiff, Christine Nickelson, against defendant, Credit Collection Services, Inc., in the above-captioned action be, and are hereby, dismissed with prejudice.

SIGNED February 9, 2010.

JOHN McBRYDE
United States District Judge